# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-1509

_____

Chrystal Gray

*Plaintiff - Appellant*

v.

Arkansas Department of Human Services; John Selig, Director, DHS; Toni Bogan, Former Manager, Appeals and Hearings, Office of Chief Counsel, DHS; Sherry Middleton, Division of Volunteerism, DHS

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: December 30, 2014
Filed: January 6, 2015
[Unpublished]

_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Chrystal Gray appeals the district court's[1] dismissal of her complaint as time-barred. Having carefully reviewed the record and the parties' arguments on appeal, we conclude that Gray's complaint did not relate back to a pleading she filed in a separate lawsuit and that her claims were barred under the applicable statute of limitations. *See* Fed. R. Civ. P. 15(c) (providing for relation back under certain circumstances involving amendment of original pleading); *Smithrud v. City of St. Paul*, 746 F.3d 391, 395 (8th Cir.) (dismissal based on statute of limitations is reviewed de novo), *cert. denied*, 135 S. Ct. 361 (2014).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas, now retired.